FILED: April 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1184
(1:22-cv-00101-LCB-JEP)

_____

WEI JIANG, M.D.

        Plaintiff - Appellant

v.

DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEMS, INCORPORATED; MOIRA RYNN, M.D., in her individual and official capacity; MARY E. KLOTMAN, in her individual and official capacity

        Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 05/28/2025

Opening brief due: 05/28/2025

Response brief due: 06/26/2025

Any reply brief: 21 days from service of response brief.

                                                For the Court--By Direction

                                                /s/ Nwamaka Anowi, Clerk