# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 19, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No. 25-1184,    <u>Wei Jiang v. Duke University</u>
1:22-cv-00101-LCB-JEP

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/22/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | 4 | Appellant |
| Response Brief | | |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | | |
| Intervenor/Amicus Brief | | |
| Joint Appendix | 4 | Appellant |
| Supplemental Appendix | | |
| Amicus Brief | | |

/s/ NWAMAKA ANOWI, CLERK