# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 25-1184

_____

Wei Jiang,

        Plaintiff - Appellant

v.

Duke University,

        Defendants - Appellees

_____

## PLAINTIFF-APPELLANT'S RESPONSE
## TO RULE 46 ADDITIONAL COPIES NOTICE

_____

NOW COMES Plaintiff-Appellant Wei Jiang, by and through her undersigned attorney and shows the Clerk that the copies required to be filed, Joint Appendix and Opening Brief, along with the Plaintiff's Reply have been deposited for shipping with UPS with the following tracking number with delivery scheduled for Tuesday, September 23, 2025.

**Tracking Number:**         **1Z4AR9950330714255**

1

The time for receipt of the Plaintiff- Appellant's opening brief has not expired.

The delivery scheduled is the soonest that could be scheduled after receipt of the Rule 46 notice on September 19, 2025.

For the foregoing reasons which constitute good cause, Plaintiff-Appellant requests that she be granted an extension of the deadline to file the paper copies until September 23, 2025, or receipt of the documents contained in the shipment with the above tracking number.

Dated: September 21, 2025

                                          Respectfully submitted,

                                          /S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com
T: 919-810-3139
F: 919-823-6383
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify the foregoing **RESPONSE** filed with the Circuit Clerk of the United States Court of Appeals for the Fourth Circuit, through the appellate CM/ECF system, will be served electronically to the registered participants via the Notice of Docket Activity.

Dated: September 21, 2025

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NC State Bar: 13417
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com
T: 919-810-3139
F: 919-823-6383