UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: Wei Jiang, MD v Duke Univ et al 25-1184

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> 24-2054 Madhusudan Katti v. Warwick Arden et al also appeals an order granting a 12b6 motion to dismiss and alleges the district court failed to draw inferences in favor of plaintiff

Signature: /s/ Valerie L. Bateman     Counsel for: Plaintiff-Appellant Jiang

Date: 09/21/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)