# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 23, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1184,    <u>Wei Jiang v. Duke University</u>
                  1:22-cv-00101-LCB-JEP

TO:    Wei  Jiang

FILING CORRECTION DUE:  September 29, 2025

Please make the correction identified below and file a corrected document by the date indicated.

---

[ X ] Each electronic volume of appendix must correspond to each paper volume (size permitting). Double-sided copying of appendices is preferred in all cases.

S. Batchleor, Deputy Clerk
804-916-2702