# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 25-1184,     <u>Wei Jiang v. Duke University</u>
                 1:22-cv-00101-LCB-JEP

TO:    Moira  Rynn
       Mary E. Klotman
       Duke University
       Wei  Jiang
       Duke University Health Systems, Incorporated

RESPONSE DUE: 10/30/2025

Response is required to the notice requesting information regarding similar cases on or before 10/30/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice</u>).

S. Batchleor, Deputy Clerk
804-916-2702