# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-1184     Caption: Wei Jiang, M.D. v. Duke University, et al.

---

Argument Session For Which You Are Scheduled: January 27-30, 2026

Dates You Are Available To Argue in the Session (if any):

January 28, 29, and 30

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

N/A

Other Relevant Information:

This notice is submitted on behalf of all counsel for defendants-appellees.

Party(ies) You Represent:

Defendants-Appellees Duke University, Duke University Health Systems, Incorporated, Moira Rynn, M.D., Mary E. Klotman

---

| 10/30/2025 | /s/ Matthew W. Sawchak |
|---|---|
| Date | Counsel Signature |

11/29/2021 SCC      [Print to PDF for Filing]    [Reset Form]