UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1184; Wei Jiang, M.D. v. Duke University, et al.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Katti v. Arden, No. 24-2054 (4th Cir.).  Both the Katti appeal and this appeal ask whether a district court correctly dismissed a faculty member's claims of employment discrimination and retaliation in a university setting.  This Court held oral argument in Katti on October 24, 2025.

Signature: /s/ Valerie L. Bateman    Counsel for: Plaintiff-Appellant

Date: 10/30/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)