**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 8, 2025

_____

ORAL ARGUMENT ACKNOWLEDGMENT
FOLLOW-UP NOTICE

_____

No. 25-1184,    <u>Wei Jiang v. Duke University</u>
                 1:22-cv-00101-LCB-JEP

DUE:  December 11, 2025

Counsel for **appellant(s)** must file an **oral argument acknowledgement form** by the due date shown above. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

                                                            /s/ NWAMAKA ANOWI, CLERK