FILED: January 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1184
(1:22-cv-00101-LCB-JEP)

_____

WEI JIANG, M.D.

      Plaintiff - Appellant

v.

DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEMS, INCORPORATED; MOIRA RYNN, M.D., in her individual and official capacity; MARY E. KLOTMAN, in her individual and official capacity

      Defendants - Appellees

_____

O R D E R
_____

This case is currently scheduled for oral argument on January 29, 2026. For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for decision on the briefs.

For the Court

/s/ Nwamaka Anowi, Clerk