# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 22, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1184,   <u>Wei Jiang v. Duke University</u>
              1:22-cv-00101-LCB-JEP

TO:    Wei Jiang

FILING CORRECTION DUE:  January 22, 2026

Please make the correction identified below and file a corrected document by the date indicated.

[X ] Incorrect event used. Please refile document using, **Supplemental Authorities.**

S. Batchleor, Deputy Clerk
804-916-2702