FILED: June 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1184
(1:22-cv-00101-LCB-JEP)

_____

WEI JIANG, M.D.

       Plaintiff - Appellant

v.

DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEMS,
INCORPORATED; MOIRA RYNN, M.D., in her individual and official capacity;
MARY E. KLOTMAN, in her individual and official capacity

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK